M. P. No. 1382. HAROLD J. COREY *v.* RUTH B. CHACE *et al.*
Motion for leave to file petition for writ of certiorari denied.
Kelleher, J., not participating. *Francis A. Kelleher,* for petitioner. *Marvin A. Brill,* for respondents.

M. P. No. 1394. ROBERT W. FLINT, JR. *v.* FRANCIS HOWARD,
*Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue, answer to comply with Provisional Order No. 7. *William F. Reilly,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, for respondent.

APPEAL No. 1349. BARBARA M. BERBERIAN *v.* ARAM K. BERBERIAN. Motion of appellant that truth of papers, pleadings and transcript be established is granted. *Leo M. Cooney,* for appellee. *Aram K. Berberian,* appellant, pro se.

April 21, 1971.

M. P. No. 1213. WILMA JONES AND GERALD JONES *v.* BEVERLY ACIZ AND CHARLES ACIZ. Motion of the Attorney General to intervene and for enlargement of time to file briefs, there being no objection, the motion granted, time for filing briefs enlarged to May 3, 1971. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, Intervenor. *James L. O'Neill,* Rhode Island Legal Services, Inc., for defendants-petitioners.

M. P. No. 1301. ROBERT J. WELCH *v.* FRANCIS A. HOWARD,
*Warden.* John F. Sheehan appointed counsel to represent petitioner in further prosecution of petition for habeas corpus pending in Supreme Court, and in Superior Court in all pending matters in connection with and/or arising out of Indictment No. 70-66. *John F. Sheehan,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.